102 So.2d 219

STATE of Louisiana

v.

Harvey BALL.

No. 43935.

April 21, 1958.

102 So.2d 220

STATE of Louisiana in the Interest of the Minors Brenda Sue and Ronnie Edwards and Christine SHOEMAKER.

In re James F. SHOEMAKER Applying for Writs of Certiorari (Review), Prohibition, Mandamus and Stay Order.

No. 43981.

April 21, 1958.

Robert T. Rester, Bogalusa, for appellant.

Jack P. F. Gremillion, Atty. Gen., M. E. Culligan, Asst. Atty. Gen., James T. Burns, Dist. Atty., Covington, W. W. Erwin, Asst. Dist. Atty., Franklinton, for appellee.

McCALEB, Justice.

Appellant appealed from his conviction, as a second offender, of operating a vehicle while under the influence of alcoholic beverages. He reserved no bills of exceptions during the proceedings below and did not move for a new trial. When the case was called for argument in this Court, neither appellant nor his counsel appeared nor was a brief filed on his behalf.

The above stated circumstances would warrant a holding that the appeal has been abandoned but, this being a criminal case, we have examined the proceedings and find no error patent on the face of the record.

The judgment and sentence are affirmed.